THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DANIEL RUDNICK, Appellant.— Judgment by a city magistrate, sitting as a Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting the defendant of violating section 2147 of the Penal Law (public traffic on Sunday), unanimously affirmed. The defense provided by section 2144 of the Penal Law, is not available against a violation of section 2147 of such law. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN SUMRALL, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn [County of Kings], convicting the defendant of violating section 483 of the Penal Law (endangering life or health of child), unanimously affirmed. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel,. GARDENS APARTMENT, INC., Appellant, v. JAMES J. SEXTON and Others, as Commissioners of Taxes and Assessments of the City of New York, Respondents. (Taxes of 1931 and 1932.) THE PEOPLE OF THE STATE OF NEW YORK ex rel., MAY MCGINN, Appellant, v. JAMES J. SEXTON and Others, as Commissioners of Taxes and Assessments of the City of New York, Respondents. (Taxes of 1933.) THE PEOPLE OF THE STATE OF NEW YORK ex rel., GARDENS APARTMENT, INC., Appellant, v. WILLIAM STANLEY MILLER and Others, as Commissioners of Taxes and Assessments of the City of New York, Respondents. (Taxes of 1934 and 1935.) — In six certiorari proceedings brought to review the assessment of relators' property for the taxable years 1931 to 1935, inclusive, orders confirming assessments and dismissing writs of certiorari in each proceeding unanimously affirmed, with a single allowance of fifty dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.